IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA EYER,<br><br>       Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC, *et al.*,<br><br>       Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-3364-TWT-JKL |

## **FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on its previous orders directing Plaintiff Joshua Eyer to either have a locally admitted attorney enter an appearance or inform the Court that he will proceed on a pro se basis.  [Docs. 15, 16.]  Plaintiff has not responded to the Court's repeated orders, and no locally admitted attorney has appeared on his behalf.

It is last order, the Court warned that "[i]f Plaintiff does not comply with this Court's order, the action may be dismissed."  [Doc. 16 (citing *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337-38 (11th Cir. 2005); L.R. 83.1(E)(4), NDGa).]  Because Eyer has failed to comply with two orders of the Court and

otherwise appears uninterested in prosecuting this lawsuit, I **RECOMMEND** that this action be **DISMISSED** without prejudice.  *See Betty K Agencies*, 432 F.3d at 1337-38 (discussing a district court's inherent power to dismiss a case *sua sponte* for failure to comply with court orders); LR 41.3A, NDGa (authorizing the Court to dismiss a civil case for want of prosecution if the Plaintiff refuses to obey a lawful order of the court).

    IT IS SO RECOMMENDED this 26th day of October, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge